UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Paul Miller,                                              Civil No. 07-1 (DWF/AJB)

        Petitioner,

v.                                                                                    **ORDER**

Minnesota Department of Corrections,

        Respondent.

---

William Paul Miller, *Pro Se*, Petitioner.

Thomas R. Ragatz, Assistant Attorney General, Minnesota Attorney General's Office, counsel for Respondent.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated January 5, 2007, all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus, (Doc. No. 1), is **DENIED**;

2. Petitioner's application to proceed *in forma pauperis*, (Doc. No. 2), is **DENIED**; and

     3.     This action is **DISMISSED WITH PREJUDICE**.

Dated: January 23, 2007     <u>s/Donovan W. Frank</u>
                                   DONOVAN W. FRANK
                                   Judge of United States District Court